1    *Counsel of Record listed on following page*

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10   LAURENCE E. STEVENSON, an                    Case No. 2:11-CV-01433-KJM -CKD
     individual; on behalf of himself and all
11   others similarly situated current and former **STIPULATION TO STRIKE**
     employees,                                   **ATTORNEYS' FEES RELATED TO**
12                                                **LABOR CODE SECTION 227.6 CLAIM;**
                         Plaintiff,               **ORDER**
13
            v.                                    COMPLAINT FILED:  April 22, 2011
14                                                TRIAL DATE:        No date set.
     DOLLAR TREE STORES, INC., a
15   Virginia corporation; and DOES 1 through
     50, Inclusive,
16
                         Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

MAUREEN E. MCCLAIN, Bar No. 062050
Email: mmcclain@littler.com
CONSTANCE E. NORTON, Bar No. 146365
Email: cnorton@littler.com
AIMEE E. AXELROD, Bar No. 255589
Email: aaxelrod@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
Telephone:     415.433.1940
Facsimile:     415.399.8490

Attorneys for Defendant
DOLLAR TREE STORES, INC.
DYLAN POLLARD, Bar No. 180306
Email: dpollard@pollardbailey.com
MATT C. BAILEY, Bar No. 218685
Email: mbailey@pollardbailey.com
POLLARD  BAILEY
9701 Wilshire Blvd., 10th Floor
Beverly Hills, CA  90212
Telephone:     (310) 854-7650
Facsimile:     (310) 492-9934

MIKE ARIAS, Bar No. 115385
Email: marias@aogllp.com
ALFREDO TORRIJOS, Bar No. 222458
Email: atorrijos@aogllp.com
ARIAS, OZZELLO & GIGNAC, LLP
6701 Center Drive West, 14th Floor
Los Angeles, CA  90045
Telephone:     (310) 670-1600
Facsimile:     (310) 670-1231

Attorneys for Plaintiff
Laurence E. Stevenson

**TO THE HONORABLE COURT AND THE CLERK OF THE COURT:**

Plaintiff Laurence Stevenson ("Plaintiff") and Defendant Dollar Tree Stores, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate and request that the Court enter an Order as follows:

**WHEREAS** on or about April 22, 2011, Plaintiff filed a Complaint in the Sacramento County Superior Court, Case No. 34-2011-00101994 ("State Action");

**WHEREAS** on or about May 26, 2011, Defendant removed the State Action to this Court. After denying Plaintiff's motion to remand, this Court retained jurisdiction over the Action;

**WHEREAS** the First Cause of Action in the Complaint purports to seek remedies for Defendant's alleged failure "to provide Plaintiff and members of the proposed class with proper off-duty meal periods or otherwise compensate them for missed meal periods," in violation of, *inter alia*, Labor Code sections 226.7 and 512 [Complaint ¶¶ 24-28], and in particular, alleges in that "[p]ursuant to IWC Wage Order Seven (8 CCR § 11070), as well as California Labor Code §§ 200, 203, 226.7, 512, 1194, and 1198, Plaintiff and class members are thus entitled to recover … attorneys' fees, and costs of suit." *See* Complaint ¶ 18;

**WHEREAS** Defendant's Answer to Plaintiff's Complaint also contains a demand for attorney's fees, which states in relevant part "that judgment be entered in its favor and it be awarded its costs, <u>including attorneys' fees</u> and such further relief as this Court deems just  and appropriate." *See Answer to Complaint*, at 5:13-15 (emphasis added); and,

**WHEREAS** during the pendency of this Action, on or about April 30, 2012, the California Supreme Court issued an opinion concluding that "neither section 1194 nor section 218.5 authorizes an award of attorney's fees … on a section 226.7 claim" for breaks. *See Kirby v. Immoos Fire Protection, Inc.*, 53 Cal. 4th 1244, 1248 (2012).

In light of the foregoing, **IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, through their respective counsel of record, as follows:

1.      That reference to "Labor Code § 1194" and "attorneys' fees and costs of suit" are hereby stricken from Paragraph 28 of the Complaint as follows:

Pursuant to IWC Wage Order Seven (8 CCR § 11070), as well as California Labor Code §§ 200, 203, 226.7, 512, ~~1194~~, and 1198, Plaintiff and class members are thus entitled to recover the unpaid balance of meal period pay owed by Defendant, plus interest, <u>and waiting time penalties</u>~~, attorneys' fees, and costs of suit~~.

2.      That Defendant is not entitled to recover attorney's fees in defense of Plaintiff's claims under California Labor Code sections 218.5 or 1194;

3.      Notwithstanding the foregoing, the Parties reserve the right to seek attorneys' fees under other applicable claims or statutes plead in the Complaint, and to oppose such requests. Further, the parties' stipulation does not prevent the Parties from raising and opposing other arguments regarding the impact of *Kirby* on other claims, defenses and/or remedies sought by the Parties.

4.      Both parties reserve their right to re-raise the issues addressed in this Stipulation in the event future legal developments so warrant.

**IT IS SO STIPULATED.**

Dated: July 24, 2012                    Respectfully submitted,


                                        <u>/s/Constance E. Norton</u>
                                        MAUREEN E. MCCLAIN
                                        CONSTANCE E. NORTON
                                        AIMEE E. AXELROD
                                        LITTLER MENDELSON, P.C.
                                        A Professional Corporation

                                        Attorneys for Defendant
                                        DOLLAR TREE STORES, INC.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Stipulation To Strike Attorneys' Fees Related To
Labor Code Section 227.6 Claim; Order

2.

2:11-CV-01433-KJM-CKD

1

2 Dated: July 24, 2012                    Respectfully submitted,

3

4                                         */s/ Alfredo Torrijos*
                                        DYLAN POLLARD
5                                       MATT C. BAILEY
                                        POLLARD  BAILEY
6
                                        MIKE ARIAS
7                                       ALFREDO TORRIJOS
                                        ARIAS, OZZELLO & GIGNAC, LLP
8
                                        Attorneys for Plaintiff
9                                       LAURENCE E. STEVENSON

10  **THE FILER OF THE DOCUMENT ATTESTS THAT THE CONTENT OF THIS**

11  **DOCUMENT IS ACCEPTABLE TO ALL PERSONS REQUIRED TO SIGN THIS**

12  **DOCUMENT.**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Stipulation To Strike Attorneys' Fees Related To
Labor Code Section 227.6 Claim; Order                3.                    2:11-CV-01433-KJM-CKD

## ORDER

**FOR GOOD CAUSE SHOWN**, the Stipulation to Strike Attorneys' Fees Related To Labor Code Section 226.7 Claim, jointly filed by Plaintiff Laurence Stevenson ("Stevenson") and Defendant Dollar Tree Stores, Inc. ("Defendant") is hereby **GRANTED** as follows:

1.     That reference to "Labor Code § 1194" and "attorneys' fees and costs of suit" are hereby stricken from Paragraph 28 of the Complaint as follows:

> Pursuant to IWC Wage Order Seven (8 CCR § 11070), as well as California Labor Code §§ 200, 203, 226.7, 512, 1194, and 1198, Plaintiff and class members are thus entitled to recover the unpaid balance of meal period pay owed by Defendant, plus interest, and waiting time penalties, attorneys' fees, and costs of suit.

2.     That Defendant is not entitled to recover attorney's fees in defense of Plaintiff's claims under California Labor Code sections 218.5 or 1194;

3.     Notwithstanding the foregoing, the Parties reserve the right to seek attorneys' fees under other applicable claims or statutes plead in the Complaint, and to oppose such requests. Further, the parties' stipulation does not prevent the Parties from raising and opposing other arguments regarding the impact of *Kirby* on other claims, defenses and/or remedies sought by the Parties.

4.     Both parties reserve their right to re-raise the issues addressed in this Stipulation in the event future legal developments so warrant.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  July 26, 2012.

_____
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

Stipulation To Strike Attorneys' Fees Related To Labor Code Section 227.6 Claim; Order

4.

2:11-CV-01433-KJM-CKD