IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURENCE E. STEVENSON, an individual;
on behalf of himself and all other similarly
situated current and former employees,

      Plaintiffs,                    No. CIV S-11-1433 KJM-CKD

   vs.

DOLLAR TREE STORES, INC., a Virginia
corporation; and DOES 1 through 50, inclusive,

      Defendants.                ORDER

                                            /

Defendant Dollar Tree Stores, Inc. ("Dollar Tree") filed an Ex Parte Application on October 23, 2012, requesting an Order Shortening Time, an Order Staying Action and requesting Leave to Modify Scheduling Order. (ECF 42.) Dollar Tree also filed a request for judicial notice of documents that were filed in other federal courts. (ECF 43.) Plaintiff Stevenson filed an opposition on November 1, 2012. (ECF 48.) The court GRANTS in part and DENIES in part Dollar Tree's requests as follows:

        1.     Dollar Tree's request for judicial notice is GRANTED.

        2.     Dollar Tree's request to shorten time is GRANTED.

/////

1

3. Dollar Tree's request for a stay of the action until after December 10, 2012 is DENIED. Dollar Tree has not demonstrated that it is necessary to delay all discovery in this case. However, in light of the potential for interference with and confusion of putative class members and members of the conditionally-certified class in *Tanya Young v. Dollar Tree Stores, Inc.*, Case No. 11-cv-01840-REB-MJW, the court orders all parties in this action to not contact any absent class members before December 10, 2012, the date when the opt-in period for *Young* closes.

4. Dollar Tree's request for leave to modify the scheduling order is hereby GRANTED, and a modified scheduling order is hereby issued as follows:

| Event | Original Date | Proposed Date | Date Ordered |
|---|---|---|---|
| Last day to seek leave to join additional class representatives | March 15, 2013 | July 19, 2013 | July 19, 2013 |
| Last day for hearing on motion seeking leave to amend pleadings | April 26, 2013 | August 23, 2013 | August 30, 2013 |
| Last day to complete precertification discovery | January 4, 2013 | May 10, 2013 | May 10, 2013 |
| Last day to disclose expert witnesses | January 18, 2013 | May 24, 2013 | May 24, 2013 |
| Last day to supplement disclosure of expert witnesses | February 8, 2013 | June 7, 2013 | June 7, 2013 |

| Event | Original Date | Proposed Date | Date Ordered |
|---|---|---|---|
| Last day to complete expert discovery | February 22, 2013 | June 28, 2013 | June 28, 2013 |
| Last day to hear dispositive motions | April 26, 2013 | August 30, 2013 | August 30, 2013 |
| Status Conference | June 20, 2013 | October 24, 2013 | October 31, 2013 |

IT IS SO ORDERED.

DATED: November 8, 2012.

_____
UNITED STATES DISTRICT JUDGE